

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

No. 08-26-00069-CV

Margaret Lee Sanchez, Appellant

v.

EPT EPC Sedona Peak Apartments, LLC, Appellee

On Appeal from the County Court at Law No 3
El Paso County, Texas
Trial Court No. 2025-CCV00923

## MEMORANDUM OPINION

This appeal is before the Court on its own motion to determine whether it should be dismissed. *See* Tex. R. App. P. 42.3.

On January 21, 2026, the Clerk of this Court sent Appellant, Margaret Lee Sanchez, a letter requesting payment of the required filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in

civil cases unless a party is excused by statute or by appellate rule from paying costs). The letter notified Sanchez that her appeal could be dismissed if she failed to pay the required fee by February 2, 2026. *See* Tex. R. App. P. 42.3(c) (authorizing an appellate court to dismiss an appeal where an appellant fails to comply with a notice from the clerk requiring a response or other action within a specified time).

As of this date, Sanchez has not paid the filing fee or otherwise shown an excuse from payment. Accordingly, we dismiss this appeal. *See* Tex. R. App. P. 5, 42.3(c).


MARIA SALAS MENDOZA, Chief Justice

February 11, 2026
Before Salas Mendoza, C.J., Palafox and Soto, JJ.